STATE OF NEW JERSEY v. DOMINICK J. CICALA.

September 20, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. ANDREW HUGHES.

September 20, 1983.

Petition for certification denied.

DOROTHY STEINMANN v. STANLEY A. MARKUNAS, JR.

September 20, 1983.

Petition for certification denied.

ERIC G. HEIGHT v. KAWASAKI HEAVY INDUSTRIES, LTD.

September 20, 1983.

Petition for certification denied.   (See 190 *N.J.Super.* 7)

STATE OF NEW JERSEY IN THE INTEREST OF A.L.I.

September 20, 1983.

Petition for certification denied.